UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| 718 Associates,<br>Trustee 718 NW Trust<br><br>           Plaintiff,<br><br>           v.<br><br>Bryant and Sheila Banks,<br><br>           Defendant.<br><br>In re:<br>SUBPOENA FOR CASE<br>IN LANDLORD AND TENANT COURT | )<br>)<br>)<br>)<br>)<br>)<br>)  Civil Action No.:_____<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## NOTICE OF REMOVAL OF SUBPOENA

Defendant, United States Postal Service, respectfully notifies the Court as follows:

1. The United States Postal Service, Records Center Office, 475 L'Enfant Plaza, S.W., Washington, D.C. 20260-5202, was issued a subpeona *duces tecum* to testify in 718 Associates, Trustee 718 N.W. Trust v. Bryant and Sheila Banks, L&T Case Number: 2008 LTB 10920. A copy of the subpoena is attached hereto as Exhibit A.

2. The subpoena *duces tecum* was issued on June 9, 2008 and the trial date and time is set for July 16, 2008 at 10:00 a.m. in the Superior Court of the District of Columbia, Civil Division, Landlord and Tenant Branch.

3. The subpoena *duces tecum* commands the "Records Office" to appear in the Superior Court of the District of Columbia on July 16, 2008, at 10 a.m. It also commands the inspection and copying of "[a]ny and all documents relating to U.S. Postal Money Orders

numbered 02953790908, 03335819848, 04825912342, 04049772186, and 90696079585."

4. This notice of removal is brought pursuant to 28 U.S.C. §§ 1441, 1442(a)(1), and 1446, and 39 U.S.C. § 409, because Plaintiff's action against Defendant is one in which the district court has original jurisdiction.

WHEREFORE, this action now pending in the Superior Court of the District of Columbia, is properly removed therefrom to this Court pursuant to 28 U.S.C. §§ 1441 and 1442(a)(1) and 39 U.S.C. § 409.

Respectfully submitted,

/s/ _____
JEFFREY A. TAYLOR, D.C. Bar # 498610
United States Attorney

/s/ _____
RUDOLPH CONTRERAS, D.C. Bar # 434122
Assistant United States Attorney

/s/ _____
CINDY OWENS, D.C. BAR # 491465
Special Assistant United States Attorney
Civil Division
555 4th Street, N.W.
Washington, D.C. 20530
(202) 514-2257
(202) 514-8780 (fax)
cindy.owens@usdoj.gov

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that service of the foregoing Notice of Removal of Subpoena has been made by mailing copies thereof to:

>Morris R. Battino
>1200 Perry St, N.E., #100
>Washington, D.C. 20017

on this 11th day of July, 2008.

_____
Cindy S. Owens
Special Assistant U.S. Attorney

**SUBPOENA**

## SUPERIOR COURT OF THE DISTRICT OF COLUMBIA
### CIVIL DIVISION – LANDLORD AND TENANT BRANCH
BLDG. B, 409 E Street N.W., Rm. 110
(Police Memorial Entrance)
Washington, D.C. 20001
(202) 879-4879

718 Associates, Trustee 718 NW Trust
_____
**Plaintiff**

**SUBPOENA FOR CASES IN LANDLORD AND TENANT COURT**

V.

Bryant and Sheila Banks
_____
**Defendant**

**L&T CASE NUMBER:** 2008 LTB 10920

To: United States Postal Service
Records Office
475 L'Enfant Plaza, SW, Washington, DC 20260-5202

☒ YOU ARE COMMANDED to appear in this Court at the place, date, and time specified below to testify in the above case.

| COURTROOM | DATE | TIME |
|---|---|---|
| L & T courtroom 409 E St, NW | 7-16-08 | 10:00 AM |

☐ YOU ARE COMMANDED to appear at the place, date, and time specified below to testify at the taking of a deposition in the above case.

| PLACE OF DEPOSITION | DATE | TIME |
|---|---|---|
| | | |

☐ YOU ARE COMMANDED to produce and permit inspection and copying of the following documents or objects at the place, date, and time specified below (*list documents or objects*):

| DOCUMENTS OF OBJECTS  Any and all documents relating to US Postal Money Orders numbered 02953790908, 03335819848, 04825912342, 04049772186, and 90696079585. |||
|---|---|---|
| PLACE OF PRODUCTION | DATE | TIME |
| L & T courtroom 409 E St, NW | 7-16-08 | 10:00 AM |

☐ YOU ARE COMMANDED to permit inspection of the following premises at the date and time specified below.

| PREMISES | DATE | TIME |
|---|---|---|
| | | |

Any organization not a party to this suit that is subpoenaed for the taking of a deposition shall designate one or more officers, directors, or managing agents, or other persons who consent to testify on its behalf, and may set forth, for each person designated, the matters on which the person will testify. SCR-CIV 30(b)(6).

| ISSUING PERSON'S SIGNATURE AND TITLE (indicate if attorney for plaintiff or defendant) | DATE |
|---|---|
| Morris R. Battino  Counsel for Plaintiff | 6-9-08 |

ISSUING PERSON'S NAME, ADDRESS AND PHONE NUMBER
Morris R. Battino
1200 Perry St, NE, #100
Washington, DC  20017    202-269-3333

(SEE RULE 45, SUPERIOR COURT RULES OF CIVIL PROCEDURE ON REVERSE)

WHITE—ORIGINAL    YELLOW—FOR RETURN SERVICE    PINK—OFFICE COPY

Form CV(6A)-433/Dec. 03

**EXHIBIT A**

SUPERIOR COURT OF THE
DISTRICT OF COLUMBIA

| | |
|---|---|
| 718 Associates,<br>Trustee 718 NW Trust<br><br>    Plaintiff,<br><br>  v.<br><br>Bryant and Sheila Banks,<br><br>    Defendant.<br><br>In re:<br>SUBPOENA FOR CASE<br>IN LANDLORD AND TENANT COURT | )<br>)<br>)<br>)<br>)<br>)  L&T Case Number: <u>2008 LTB 10920</u><br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**NOTICE OF FILING OF NOTICE
OF REMOVAL OF SUBPOENA**

TO: Morris R. Battino
   1200 Perry Street, N.E., #100
   Washington, D.C. 20017

  PLEASE TAKE NOTICE that on July 11, 2008, Defendant filed with the Clerk of the United States District Court for the District of Columbia and with the Clerk of the District of Columbia Superior Court a Notice of Removal of the above-entitled action. A copy of the Notice of Removal is attached hereto. The Superior Court of the District of Columbia "shall proceed no further unless and until the case is remanded." 28 U.S.C. § 1446(d).

              Respectfully submitted,

              /s/ Jeffrey A. Taylor/dah
              JEFFREY A. TAYLOR, D.C. Bar # 498610
              United States Attorney

/s/
RUDOLPH CONTRERAS, D.C. Bar # 434122
Assistant United States Attorney

/s/
CINDY OWENS, D.C. BAR # 491465
Special Assistant United States Attorney
Civil Division
555 4th Street, N.W.
Washington, D.C. 20530
(202) 514-2257
(202) 514-8780 (fax)
cindy.owens@usdoj.gov

Attorneys for Defendant