UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| 718 Associates,<br>Trustee 718 NW Trust,<br><br>    Plaintiff,<br><br>v.<br><br>Bryant and Sheila Banks,<br><br>    Defendants.<br><br>In re:<br>SUBPOENA FOR CASE<br>IN LANDLORD AND TENANT COURT | ) ) ) ) ) ) ) ) ) ) ) ) ) ) | Case: 1:08-cv-00465<br>Judge Collyer |

## STIPULATION OF DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1), the parties, through their respective counsel, hereby agree that the above-captioned case be voluntarily dismissed without prejudice, each side to bear its own costs and fees.

Respectfully submitted,

MORRIS R. BATTINO, D.C. BAR # 990924
AARON SOKOLOW, D.C. BAR #
1200 Perry Street, N.E., #100
Washington D.C. 20017

JEFFREY TAYLOR, D.C. BAR #498610
United States Attorney

CINDY OWENS, D.C. BAR # 491465
Special Assistant U.S. Attorney

Counsel for Plaintiff

Counsel for United States Postal Service

Dated: September 4, 2008